EDWARD WEINFELD, as Commissioner of Housing of the State of New York, Appellant, *v.* HILLSIDE HOUSING CORPORATION, Respondent.

Argued May 27, 1941; decided June 19, 1941.

*John J. Bennett, Jr., Attorney-General (Ira S. Robbins* of counsel), for appellant.

*Simon H. Rifkind* and *George E. Moesel* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.